UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DERRICK ALLEN,

    Plaintiff,

v.                                        Case No. 3:22cv6745-MCR-HTC

J. SANTIAGO, et al.,

    Defendants.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 6, 2022. ECF No. 3. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Case No. 3:22cv6745-MCR-HTC

Accordingly, it is **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process and because he is a three-striker under 28 U.S.C. § 1915(g).

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 19th day of July 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**